COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS  78711-2547
(512) 463-1733

Date:            May 31, 2013

Case Numbers:    03-12-00635-CV; 03-12-00636-CV; 03-12-00637-CV; 03-12-00638-CV;
                 03-12-00639-CV; 03-12-00640-CV; 03-12-00641-CV; 03-12-00642-CV;
                 and 03-12-00643-CV

Trial Court Nos.:  CR23,124; CR23,125; CR23,126; CR23,277; CR23,278; CR23,279;
                   CR23,387; CR23,388; and CR23,389

Style:           Jasper Canady England v. The State of Texas

Please be advised that the appellant's objection to untimely filing of appellee's brief or motion for extension of time to file brief was submitted and dismissed as moot on the date noted above. The enclosed opinion and judgments were sent this date to the following persons:

The Honorable Cindy Fechner
District Clerk Milam County
102 South Fannin, Suite 5
Cameron, TX  76520

The Honorable John Youngblood
20th District Court
102 S. Fannin Avenue
Cameron, TX  76520

Mr. Jasper Canady England
TDCJ ID # 1768920
Terrell Unit
1300 FM 655
Rosharon, TX  77583

The Honorable Kerry M. Spears
County and District Attorney
Milam County, Texas
204 N. Central
Cameron, TX  76520